# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of August, two thousand seventeen,

_____

Allco Finance Limited,

      Plaintiff - Appellant,

v.

Robert J. Klee, in his official capacity as Commissioner of the Connecticut Department of Energy and Environmental Protection,

      Defendant - Appellee,

Katherine S. Dykes, John W. Betkoski, III, Michael Caron, in their official capacity as Commissioner of the Connecticut Public Utilities Regulatory Authority,

      Defendants - Appellees.

**ORDER**

Docket No: **16-2946(L)**
                **16-2929(con)**

_____

Appellant Allco Finance Limited filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

    IT IS HEREBY ORDERED that the petition is denied.

                  FOR THE COURT:
                  Catherine O'Hagan Wolfe, Clerk

